EDWARD C. QUIGG et al., Appellants, *v.* GEORGE K. TREADWAY et al., Respondents.

(Submitted October 5, 1928; decided October 23, 1928.)

*George Tilzer* and *Paul T. Kammerer, Jr.*, for appellants.
*Morton Lexow* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.